IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| MARVIN DEAN GOODSON | § | |
| V. | § | CIVIL ACTION NO. 6:05CV229 |
| CITY OF LONGVIEW, ET AL. | § | |

ORDER OF DISMISSAL

Came on for consideration the above-referenced civil action, this Court having heretofore ordered that this matter be referred to the United States Magistrate Judge for proper consideration. Having received the report of the United States Magistrate Judge pursuant to its order, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court.  It is therefore,

**ORDERED** that the above-styled case is hereby **DISMISSED WITH PREJUDICE** for purposes of *in forma pauperis* proceedings and Plaintiff's *in forma pauperis* status is hereby **REVOKED**.  Plaintiff shall be allowed to resume his lawsuit if he pays the entire filing fee of $250 within thirty days after the entry of the final judgment.

All motions by either party not previously ruled on are hereby **DENIED**.

**So ORDERED and SIGNED this 26th day of August, 2005.**



      **LEONARD DAVIS**
      **UNITED STATES DISTRICT JUDGE**